Swann *v.* Performance Contractors, Ltd., Appellant.
P. R. Insulation, Ltd., Inc. *v.* Performance Contractors, Ltd., Appellant.

 Argued November 14, 1973. *Joseph J. Bernstein,* with him *Marvin J. Apple, Edgar J. Cooke,* and *Apple and Bernstein,* for appellant; *John H. Scott, Jr.,* with him *William E. Miller, Jr., Robert M. Walter,* and *Reed, Smith, Shaw and McClay,* for appellees.

The record is remanded for an evidentiary hearing, all proceedings to stay meanwhile.

SPAULDING, J., absent.